# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0491
Lower Tribunal No. 13-CF-015499

_____

JAMES BENJAMIN LAYCOCK,

Appellant,
v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

July 16, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and GANNAM, JJ., concur.


James Benjamin Laycock, Okeechobee, pro se.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED